UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

FILED
OCT 20 2015
[signature] CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH RALEIGH,

Defendant.

CR 15-30124

INDICTMENT

ATTEMPTED COMMERCIAL SEX TRAFFICKING OF CHILDREN and ATTEMPTED ENTICEMENT OF A MINOR USING THE INTERNET

18 U.S.C. §§ 1591(a)(1), 1591(b)(2), 1594(a) and 2422(b)

The Grand Jury charges:

COUNT I

On or about the 16th day of October, 2015, in the District of South Dakota, in and affecting interstate commerce, the defendant, Joseph Raleigh, did knowingly attempt to recruit, entice, obtain, patronize and solicit, a person who had attained the age of 14 years but had not attained the age of 18 years, knowing and in reckless disregard that the person was a minor and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. §§ 1591(a)(1), 1591(b)(2), and 1594(a).

COUNT II

On or about the 16th day of October, 2015, in the District of South Dakota, in and affecting interstate commerce, the defendant, Joseph Raleigh, did use a facility and means of interstate commerce, that is, a cellular phone and computer attached to the Internet, to attempt to knowingly persuade, induce,

entice, and coerce an individual who had not yet attained 16 years of age to engage in sexual activity for which Joseph Raleigh could be charged with a criminal offense, namely, rape in the fourth degree, in violation of SDCL 22-22-1(5), in violation of 18 U.S.C. § 2422(b).

A TRUE BILL:

**NAME REDACTED**

Foreperson

RANDOLPH J. SEILER
United States Attorney

By: Kathryn N. Rich